No. 93–8099.   ERWIN v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS.   C. A. 5th Cir.   Certiorari denied.

No. 93–8106.   CHESNEY v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 93–8110.   FOXWORTH v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 93–8111.   GALEANO ET AL. v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 93–8112.   GARRIS v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 93–8119.   DAVIDSON v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 93–8171.   MILLER v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 93–8174.   ROMERO v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 93–8176.   CLARK v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 93–8178.   BAILEY v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 93–785.   LANGE v. LANGE.   Ct. App. Wis.   Motion of respondent for leave to proceed in forma pauperis granted.   Certiorari denied.

No. 93–1252.   OKLAHOMA v. HAIN.   Ct. Crim. App. Okla.   Motion of respondent for leave to proceed in forma pauperis granted.   Certiorari denied.

No. 93–987.   MCREADY v. BREEDEN, CHAIRMAN, SECURITIES AND EXCHANGE COMMISSION, ET AL.   C. A. D. C. Cir.   Certiorari denied.   JUSTICE GINSBURG took no part in the consideration or decision of this petition.

No. 93–8039 (A–682).   BROWN v. UNITED STATES.   C. A. 11th Cir.   Application for stay, addressed to JUSTICE BLACKMUN and referred to the Court, denied.   Certiorari denied.